

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2016

No. 04-16-00621-CV

Gilbert Lee **DAVIS**,
Appellant

v.

**GOVERNMENT EMPLOYEES INSURANCE COMPANY**,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 367896
Honorable Scott Roberts, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs shall be assessed against appellant.

It is so **ORDERED** on November 16, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2016.

_____
Keith E. Hottle, Clerk